UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANCE TAYLOR #499227,

    Plaintiff,

v.

                                      File no: 1:20-CV-180

JOSHUA HERMANN,                    HON. ROBERT J. JONKER

    Defendant.
                               /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 1, 2020 (ECF No. 21). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 21) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Hermann's Motion for Summary Judgment (ECF No. 19) is **GRANTED**, and the claim against Defendant Hermann is dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff is denied a certificate of appealability

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date:  September 24, 2020                      /s/ Robert J. Jonker
                                                                  ROBERT J. JONKER
                                                                    CHIEF UNITED STATES DISTRICT JUDGE